

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 06, 2016.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-30863-hcm |
| | § | |
| JOSE ESCOBAR AND SILVIA ESCOBAR, | § | CHAPTER 7 |
|     Debtor(s). | § | |
| | § | |
| NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING, | § § § | |
|     Movant, | § | |
| vs. | § | |
| | § | |
| JOSE ESCOBAR AND SILVIA ESCOBAR, | § | |
|     Respondents. | § § § | |

**STIPULATION ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

New Penn Financial LLC dba Shellpoint Mortgage Servicing("Creditor" or "Movant"), by and through its counsel, Nathan F. Smith and Jose Escobar and Silvia Escobar ("Debtors"), by and through their counsel of record, Miguel Alejandro Flores hereby submit the following:

## I.    RECITALS

1. Movant holds a valid Promissory Note secured by a first Deed of Trust on real property located at 11413 Flor Veronica Drive, Socorro, TX 79927("Property") .

2. On or about June 8, 2016, the Debtors filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code in the Western District of Texas, Case No. 16-30863-hcm.

3. Debtors were in default under the terms of the Note and Deed of Trust referenced above at the commencement of this bankruptcy filing and remains in default.

4. Movant filed a Motion for Relief from the Automatic Stay on or about September 8, 2016, which had a hearing date of October 12, 2016.

5. Debtors have surrendered the property.

6. Debtors do not oppose the termination of the automatic stay as to the Property.

## II.    STIPULATION

Based on the above, the Parties hereby stipulate to the following terms:

A. The automatic stay of 11 U.S.C. § 362 is terminated as to the Debtors and the Debtor's bankruptcy estate and debtor shall not be liable for any deficiency on the property.

B. Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law.

C. The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Dated: October 6, 2016　　　　　　　/s/Nathan F. Smith_____

　　　　　　　　　　　　　　　　　Nathan F. Smith
　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　6701 Highway Blvd, Ste. 206
　　　　　　　　　　　　　　　　　Katy, Texas 77494
　　　　　　　　　　　　　　　　　Phone: (713) 487-3893
　　　　　　　　　　　　　　　　　Fax: (713) 493-0175
　　　　　　　　　　　　　　　　　Email: nathan@mclaw.org
　　　　　　　　　　　　　　　　　Attorneys for Movant

Dated: October 5, 2016　　　　　　　/s/Miguel Alejandro Flores_____

　　　　　　　　　　　　　　　　　Miguel Alejandro Flores
　　　　　　　　　　　　　　　　　Attorney for Debtors
　　　　　　　　　　　　　　　　　Tanzy & Borrego
　　　　　　　　　　　　　　　　　2610 Montana
　　　　　　　　　　　　　　　　　El Paso, TX 79903
　　　　　　　　　　　　　　　　　(915) 566-4300
　　　　　　　　　　　　　　　　　Email: tanzy.borrego@566-
　　　　　　　　　　　　　　　　　plan.com